IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIAM DYE,** | Case No. 2:12-cv-2201 TLN EFB |
| Petitioner, | **[PROPOSED] ORDER** |
| v. | |
| **RON BARNES,** | |
| Respondent. | |

    Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.  On May 29, 2013, respondent filed a request for enlargement of time to file responsive pleading.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    Respondent is granted thirty (30) days from the date of service of this order in which to file a responsive pleading.

Dated: May 30, 2013.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

[Proposed] Order (2:12-cv-2201 TLN EFB)