IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM DYE,

    Petitioner,                      No. 2:12-cv-2201-TLN-EFB P

    vs.

RON BARNES,                           <u>ORDER</u>

    Respondent.

_____/

    Petitioner is a state prisoner proceeding pro se and in forma pauperis with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. In light of the complexity of the legal issues involved, the court has determined that the interests of justice require appointment of counsel. *See* 18 U.S.C. § 3006A(a)(2)(B); *see also Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983).

    Accordingly, IT IS HEREBY ORDERED that:

    1. The Federal Defender is appointed to represent petitioner.

    2. The Clerk of the Court is directed to serve a copy of the petition and this order on David Porter, Assistant Federal Defender.

    3. A status conference is set for October 9, 2013, at 10:00 a.m. in Courtroom No. 8.

/////

1

4. All parties shall appear at the status conference by counsel.

5. Fourteen days prior to the conference, the parties shall file and serve status reports which address the timing and order of the following matters:

    a. Discovery and investigations;

    b. Anticipated motions;

    c. The need for and timing of an evidentiary hearing;

    d. Enumeration and resolution of unexhausted claims; and

    e. Possible future amendments to the pleadings.

6. The parties are advised that failure to timely file a status report may result in sanctions.

7. Petitioner's motion to stay (ECF No. 19) is denied without prejudice to renewal after the October 9, 2013 status conference.

8. In light of the appointment, petitioner's request for copies of trial records (ECF No. 31) is denied.

DATED: August 14, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2