UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM DYE, | No. 2:12-cv-2201-TLN-EFB P |
| Petitioner, | |
| v. | ORDER |
| RON BARNES, | |
| Respondent. | |

Pursuant to this Motion for Substitution of Counsel and for the reasons stated therein, IT IS HEREBY ORDERED that Barry Morris, Attorney at Law, is substituted in as appointed counsel for petitioner in place of the Office of the Federal Defender for the Eastern District of California.

Dated: September 3, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE