UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM DYE, | No. 2:12-cv-2201-TLN-EFB P |
| Petitioner, | |
| v. | ORDER AFTER STATUS CONFERENCE |
| RON BARNES, | |
| Respondent. | |

Petitioner is a state prisoner proceeding through counsel with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On October 16, 2013, this action was on calendar for a status conference. Petitioner's counsel informed the court that he needs additional time to review the trial transcripts before being able to fully address case scheduling. Accordingly, as stated on the record, IT IS HEREBY ORDERED that petitioner shall file a further status report by November 15, 2013. The court will review those reports and then either issue a scheduling order or set a further status conference.

Dated: October 24, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE