UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM DYE, | No. 2:12-cv-2201-TLN-EFB P |
| Petitioner, | |
| v. | ORDER |
| RON BARNES, | |
| Respondent. | |

Petitioner is a state prisoner proceeding through counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. Petitioner has requested a second extension of time to file his amended petition. *See* Fed. R. Civ. P. 6(b).

Good cause appearing, it is ORDERED that petitioner's request contained within his status report (ECF No. 50) is granted and he has up to and including February 19, 2014, in which to file his second amended petition.

Dated: January 17, 2014.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE