UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM DYE,

        Petitioner,

  v.

RON BARNES,

        Respondent.

No. 2:12-cv-2201-TLN-EFB P

ORDER

Petitioner is a state prisoner proceeding through counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. Petitioner has requested a third extension of time to file his amended petition. *See* Fed. R. Civ. P. 6(b).

Good cause appearing, it is ORDERED that petitioner's request contained within his status report (ECF No. 52) is granted and he has up to and including February 26, 2014, in which to file his second amended petition.

Dated: February 20, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE