UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM DYE,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>RON BARNES,<br><br>　　　　　Respondent. | No. 2:12-cv-2201-TLN-EFB P<br><br><br>ORDER |

Petitioner is a state prisoner proceeding through counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. Petitioner has requested a fourth extension of time to file his amended petition. *See* Fed. R. Civ. P. 6(b).

It is ORDERED that petitioner's request contained within his status report (ECF No. 54) is granted and he has twenty-one days from the date of this order in which to file his second amended petition. The court is not inclined to further extend that time.

Dated: March 5, 2014.

　　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE