BARRY MORRIS, SBN #48368
Attorney at Law
1220 Oakland Blvd. #200
Walnut Creek, CA 94596
(925) 934-1100
fax: (925) 934-1122
*barrymorris@mac.com*

Attorney for Petitioner
WILLIAM R. DYE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM R. DYE, | No. 2:12-cv-2201 TLN-EFB |
| Petitioner, | |
| v. | |
| FRED FOULK, Warden, | |
| Respondent./ | |

## Stipulation and Order

IT IS HEREBY STIPULATED between BARRY MORRIS, attorney for petitioner, WILLIAN R. DYE, and MAX FEINSTAT, attorney for respondent FRED FOULK, that the hearing on respondent's Motion to Dismiss be continued until October 8, 2014. This stipulation is based upon the attached declaration of BARRY MORRIS.

Dated: August 7, 2014

<u>/s/ Barry Morris</u>
Attorney for Petitioner
WILLIAM R. DYE


<u>/s/Max Feinstat</u>
Attorney for Respondent
FRED FOULK

## Declaration of Barry Morris

I, BARRY MORRIS, do hereby declare under penalty of perjury that the following is true and correct:

1. I am an attorney licensed to practice law in the United States District Court for the Northern, Central, and Eastern Districts of California and the United States Court of Appeals for the Ninth Circuit, and the United States Supreme Court. I represent the petitioner in the above-entitled action;

2. After counsel for Respondent and Petitioner set the date for the hearing of Respondent's motion, counsel for petitioner realized that he had too many conflicting obligations to draft a response to the motion in the next two weeks, principally counsel must [1] finish reading and outlining the transcript in a death penalty appeal and [2] draft a reply brief in another death penalty case. Consequently counsel for Respondent agreed to continue the hearing on the motion for approximately 30 days.

Dated: August 7, 2014

_____
BARRY MORRIS
Attorney for Petitioner
WILLIAM R. DYE

## Order

It is hereby ordered that the hearing on Respondent's Motion to Dismiss in the above-entitled case be continued until October 8, 2014 at 10:00 a.m.

Dated: August 7, 2014.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2