BARRY MORRIS, SBN #48368
Attorney at Law
1220 Oakland Blvd. #200
Walnut Creek, CA 94596
(925) 934-1100
fax: (925) 934-1122
*barrymorris@mac.com*

Attorney for Petitioner
WILLIAM R. DYE

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM R. DYE, | No. 2:12-cv-02201 TLN-EFB |
| Petitioner, | |
| v. | |
| FRED FOULK, Warden, | |
| Respondent./ | |

## Stipulation and Order

IT IS HEREBY STIPULATED between BARRY MORRIS, attorney for petitioner, WILLIAN R. DYE, and MAX FEINSTAT, attorney for respondent FRED FOULK, that the hearing on respondent's Motion to Dismiss be continued from October 8, 2014 to October 29, 2014. This stipulation is based upon the attached declaration of BARRY MORRIS.

Dated: September 15, 2014

/s/ Barry Morris
Attorney for Petitioner
WILLIAM R. DYE


/s/Max Feinstat
Attorney for Respondent
FRED FOULK

## Declaration of Barry Morris

I, BARRY MORRIS, do hereby declare under penalty of perjury that the following is true and correct:

1. I am an attorney licensed to practice law in all the courts of the State of California, the United States District Court for the Northern, Central, and Eastern Districts of California, the United States Court of Appeals for the Ninth Circuit, and the United States Supreme Court. I represent the petitioner in the above-entitled action;

2. I am in the process of preparing a response to Respondent's Motion to Dismiss. Initially I concentrated on the relation-back issue, but as I turned my attention to newly-discovered evidence issue (§2244(d)(1)(D) "the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence"), I realized that I did not have all the necessary documents including those referred to by petitioner in his pro se first amended petition.

3. I wrote to petitioner at the beginning of this month for those documents, but as of this past Friday, I had not received them. Since I was planning on going to Tahoe that weekend, I drove up to Susanville to see petitioner. It turned out that he was in administrative segregation and did not have his legal papers. I went through what I need and he told me that he will request those documents and send them to me within the next week.

4. I am leaving this Friday for a week and will not be able to begin working with those documents to finish the opposition to the motion to dismiss until I get back on September 27th.

5. Consequently I am asking that the hearing on respondent's motion go over until October 29, 2014. Respondent has no objection to this request.

Dated: September 16, 2014

/s/Barry Morris
BARRY MORRIS
Attorney for Petitioner
WILLIAM R. DYE

## Order

GOOD CAUSE APPEARING THEREFOR, it is hereby ordered that the hearing on Respondent's Motion to Dismiss in the above-entitled case be continued from October 8, 2014 to October 29, 2014 at 10:00 a.m.

Dated: September 19, 2014.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

3