UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM DYE,<br><br>    Petitioner,<br><br>    v.<br><br>FRED FOULK,[1]<br><br>    Respondent. | No. 2:12-cv-2201-TLN-EFB P<br><br><u>ORDER AND ORDER TO SHOW CAUSE</u> |

Petitioner is a state prisoner, proceeding through counsel, seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On July 23, 2014, respondent moved to dismiss claims Ia, Ib, Ic, Id, Ie, and Ig of petitioner's seconded amended petition on the ground that they were untimely under 28 U.S.C. § 2244(d). ECF No. 63. The court subsequently ordered, pursuant to the stipulation of the parties, that the hearing on respondent's motion be continued to October 29, 2014 at 10:00 a.m. in Courtroom No. 8. ECF No. 69.

Court records indicate that petitioner has not filed an opposition or a statement of non-opposition to respondent's motion. Local Rule 230(c) provides that opposition to the granting of

---

[1] Petitioner originally named Ron Barnes as respondent. ECF No. 1. The court now substitutes Fred Foulk, the current custodian, as respondent. *See Stanley v. Cal. Supreme Court*, 21 F.3d 359, 360 (9th Cir. 1994) (citing Rule 2(a), Rules Governing Section 2254 Cases) ("A petitioner for habeas corpus relief must name the state officer having custody of him or her as the respondent to the petition"); *see also Smith v. Idaho*, 392 F.3d 350, 355-56 (9th Cir. 2004).

1

a motion, or a statement of non-opposition thereto, must be served upon the moving party and filed with the court no later than fourteen days before the noticed hearing date. That rule also provides that "[n]o party will be entitled to be heard in opposition to a motion at oral arguments if opposition to the motion has not been timely filed by that party." E.D. Cal. L.R. 230(c).

Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." *See also Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995) (per curiam) ("Failure to follow a district court's local rules is a proper ground for dismissal.").

Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

1. The hearing on respondent's motion to dismiss, ECF No. 63, is continued to November 19, 2014, at 10:00 a.m. in Courtroom No. 8.

2. Petitioner shall show cause, in writing, no later than November 5, 2014, why sanctions should not be imposed for failure to timely file an opposition or a statement of non-opposition to the pending motion.

3. Petitioner shall file an opposition to the motion, or a statement of non-opposition thereto, no later than November 5, 2014.

4. Petitioner's failure to file an opposition to the motion will be deemed a statement of non-opposition thereto, and may result in a recommendation that this action be dismissed for lack of prosecution and/or for failure to comply with court orders and this court's Local Rules. *See* Fed. R. Civ. P. 41(b).

5. Respondent may file a reply to petitioner's opposition, if any, on or before November 12, 2014.

SO ORDERED.

DATED: October 20, 2014.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2