Kamala D. Harris, State Bar No. 146672
Attorney General of California
Brian G. Smiley, State Bar No. 180658
Supervising Deputy Attorney General
David Andrew Eldridge, State Bar No. 172100
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-6291
 Fax: (916) 324-2960
 E-mail: David.Eldridge@doj.ca.gov
*Attorneys for Respondent*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIAM DYE,**<br><br>Petitioner,<br><br>v.<br><br>**RON BARNES, Warden,**<br><br>Respondent. | 2:12-cv-2201-TLN-EFB P<br><br>[~~PROPOSED~~] **ORDER** |

Pursuant to Respondent's November 6, 2014 unopposed request, and good cause therefor appearing, it is hereby **ORDERED**:

1. The July 23, 2014 motion to dismiss for untimeliness is **withdrawn**, without prejudice to raising the issue on a claim-by-claim basis in an answer;

2. The November 19, 2014 hearing on the July 23, 2014 motion is **vacated**.

3. The October 20, 2014 order to show cause is **discharged as moot**.

/////

/////

/////

/////

~~[Proposed] Order (2:12-cv-02201-TLN-EFB)~~

4. Respondent shall file an answer within sixty days of the filing of this order, and any traverse is due within sixty days of the filing of the answer.

So Ordered.

DATED: November 7, 2014.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE