BARRY MORRIS, SBN #48368
Attorney at Law
1220 Oakland Blvd. #200
Walnut Creek, CA 94596
(925) 934-1100
fax: (925) 934-1122
*barrymorris@mac.com*

Attorney for Petitioner
WILLIAM R. DYE

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

WILLIAM R. DYE,

Petitioner,

v.

FRED FOULK, Warden,

Respondent./

No. 2:12-cv-02201 TLN-EFB

## Stipulation and Order

IT IS HEREBY STIPULATED between BARRY MORRIS, attorney for petitioner, WILLIAN R. DYE, and DAVID EDLRIDGEE, attorney for respondent FRED FOULK, that time to file objections to the Magistrate's Findings and Recommendations be extended sixty days up to and including November 8, 2015. This stipulation is based upon the attached declaration of BARRY MORRIS.

Dated: September 10, 2015

/s/ Barry Morris
Attorney for Petitioner
WILLIAM R. DYE

/s/David Eldridge
Attorney for Respondent
DAVID ELDRIDGE

## Declaration of Barry Morris

I, BARRY MORRIS, do hereby declare under penalty of perjury that the following is true and correct:

1. I am an attorney licensed to practice law in all the courts of the State of California, the United States District Court for the Northern, Central, and Eastern Districts of California, the United States Court of Appeals for the Ninth Circuit, and the United States Supreme Court. I represent the petitioner in the above-entitled action;

2. I am making this request because, in the vernacular, I am slammed with work. I have four briefs to finish in the next two weeks: [1] a reply brief in *United States v. Hunt,* 13-10583, a complicated case with seven issues where the opening brief was 70 pages, [2] the opening brief in *United States v. Head*, No. 14-10438, a complicated mortgage fraud case with a record exceeding 1,700 pages, [3] an amended habeas petition in *Ayala v. Lewis*, C 11-05708-YGR, a homicide case, and [4] a response to a motion for summary judgment in *Dewey v. Monterey County,* No. M114120, a §1983 case.

3. On September 25th, I am leaving for a two week, pre-paid vacation with my son in China. Hence the reason for this request.

4. I have spoken to counsel for respondent and he has no objection to this request.

Dated: September 10, 2015

/s/Barry Morris
Attorney for Petitioner
WILLIAM R. DYE

## Order

GOOD CAUSE APPEARING THEREFOR, it is hereby ordered that the time to file objections to the Findings and Recommendations of the Magistrate Judge is hereby extended up to and including November 8, 2015.

Dated: September 14, 2015.

UNITED STATES MAGISTRATE JUDGE